**Opinion filed August 6, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00162-CV

_____

## IN THE INTEREST OF E.T.V., A CHILD

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 07698-CX**

### M E M O R A N D U M   O P I N I O N

Appellant, the mother of E.T.V., has filed in this court a motion to dismiss the appeal. In the motion, Appellant requests that this appeal be dismissed because she "no longer wishes to pursue this appeal." *See* TEX. R. APP. P. 42.1(a)(1). Appellant has certified that the other parties do not oppose the motion.

The motion is granted, and the appeal is dismissed.

PER CURIAM

August 6, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.